1

2

3

4

5

6

7

8                         IN THE UNITED STATES DISTRICT COURT

9                       FOR THE EASTERN DISTRICT OF CALIFORNIA

10    DARRYL F. WEST,

11                 Petitioner,                    No. 2:09-cv-0260 JFM (HC)

12          vs.

13    JAMES D. HARTLEY,

14                 Respondent.               ORDER

15    _____/

16          Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of

17    habeas corpus pursuant to 28 U.S.C. § 2254.  Petitioner has not, however, filed an in forma

18    pauperis affidavit or paid the required filing fee ($5.00).  See 28 U.S.C. §§ 1914(a); 1915(a).

19    Petitioner will be provided the opportunity to either submit the appropriate affidavit in support of

20    a request to proceed in forma pauperis or submit the appropriate filing fee.

21          In accordance with the above, IT IS HEREBY ORDERED that:

22          1.  Petitioner shall submit, within thirty days from the date of this order, an

23    affidavit in support of his request to proceed in forma pauperis or the appropriate filing fee;

24    petitioner's failure to comply with this order will result in the dismissal of this action; and

25    /////

26    /////

1

1       2. The Clerk of the Court is directed to send petitioner a copy of the in forma

2   pauperis form used by this district.

3   DATED:  February 4, 2009.

4

5                                         UNITED STATES MAGISTRATE JUDGE

6

7
/md/001
8   west0260.101a

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26