1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10   DARRYL F. WEST,

11            Petitioner,                    No. 2:09-cv-0260-JFM (HC)

12        vs.

13   JAMES D. HARTLEY,

14            Respondent.                    ORDER

15   _____/

16            Petitioner is a state prisoner proceeding pro se with an application for a writ of

17   habeas corpus pursuant to 28 U.S.C. §2254.  Petitioner has paid the $5.00 filing fee for this

18   action, and has consented to proceed before a United States Magistrate Judge pursuant to 28

19   U.S.C. § 636(c).

20            Examination of this action and the court's records reveals that the petitioner has

21   previously filed a petition for relief in the same matter.[1]  (No. 2:07-cv-1048-JAM-CMK (HC).)

22   That action is still pending, and it appears that the claims raised in the instant action should be

23   raised, if at all, in that action.  See Rule 2(c)(1), 28 U.S.C. foll. § 2254.  Pursuant to Local Rule

24   /////

25

26        [1] A court may take judicial notice of court records.  See MGIC Indem. Co. v. Weisman,
     803 F.2d 500, 505 (9th Cir. 1986); United States v. Wilson, 631 F.2d 118, 119 (9th Cir. 1980).

1  81-190(d), the above-captioned action will be reassigned to the Judge and Magistrate Judge to

2  whom the earlier filed action is assigned.²

3  　　　　The parties should be aware that reassigning this action under Local Rule 81-

4  190(d) merely has the result that the action is assigned to the Judge and Magistrate Judge who

5  considered the prior petition; no consolidation of the actions is effected by this reassignment

6  order.

7  　　　　Accordingly, IT IS HEREBY ORDERED that:

8  　　　　1.  This action is reassigned to Judge John A. Mendez and Magistrate Judge Craig

9  M. Kellison for all further proceedings; henceforth, the caption on documents filed in this action

10  shall be shown as No. 2:09-cv-0260-JAM-CMK (HC); and

11  　　　　2.  The Clerk of the Court shall make appropriate adjustment in the assignment of

12  civil cases to compensate for this reassignment.

13  DATED: March 26, 2009.

14

15  _____
    UNITED STATES MAGISTRATE JUDGE

16

17  12
    west0260.190

18

19

20

21

22

23  　　² As noted above, petitioner has consented to proceed before a United States Magistrate
    Judge pursuant to 28 U.S.C. § 636(c) in the instant action.  Respondent has not yet been served
    with the petition in this action.  Because it appears that the claims raised in this action should be
24  raised, if at all, by an amended petition in Case No. 2:07-cv-1048-JAM-CMK (HC), the court
    will direct that this action be reassigned to both the district judge and the magistrate judge
25  assigned to the earlier filed action.  Nothing in this order shall be construed to preclude all parties
    to either action to consent to proceed before a United States Magistrate Judge pursuant to 28
26  U.S.C. § 636(c) in petitioner's federal habeas corpus proceedings.