IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL F. WEST, | No. CIV S-09-0260-JAM-CMK-P |
|     Petitioner, | |
|   vs. | ORDER |
| JAMES D. HARTLEY, | |
|     Respondent. | |

      Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.

      Each of the parties in the above-captioned case has filed a Consent to Proceed Before a United States Magistrate Judge. See 28 U.S.C. § 636(c). This case shall, therefore, be reassigned to the Magistrate Judge for all further proceedings and entry of final judgment.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

Accordingly, IT IS ORDERED that:

1. The Clerk of the Court is directed to reassign this case to the Honorable Craig M. Kellison as the presiding judge; and

2. The caption on all documents filed in the reassigned case shall show case number 09-0260-cv-0260 CMK.

DATED: May 21, 2010

/s/ John A. Mendez
UNITED STATES DISTRICT JUDGE

I am the United States Magistrate Judge currently assigned to this case. I accept reassignment of this case for all further proceedings, including entry of final judgment, by myself or such other Magistrate Judge as may be assigned.

DATED: May 21, 2010

**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE